# Exhibit 1
Certified Copy of Copyright Deposit



LIBRARY OF CONGRESS

*Copyright Office of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached color photocopies are a true representation of the work entitled **FOOD SOCKS** deposited in the Copyright Office with claim of copyright registered under number **VA 2-205-648**.

**THIS IS TO CERTIFY ALSO**, that due to the nature of the work deposited, the attached color and black and white photocopies are the best possible electrostatic positive prints available.

**THIS IS TO CERTIFY FURTHER**, deposits submitted electronically bear no identifying marks.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on February 17, 2022.

Shira Perlmutter
United States Register of Copyrights and Director

By:     Veronica Patten
        Supervisory Copyright Specialist
        Records Research and Certification Section
        Office of Copyright Records

Use of this material is governed by the U.S. Copyright law 17 U.S.C. 101 seq.



# Group Registration
# of Published Photographs
## Title Template



### This is the Complete List of Photographs for: [Required]  1-8-78-8827151

**Column Instructions:** You must enter your case number in the space above labeled "Insert Case Number Here." If you need help finding your case number, click the tab below labeled "Where to Find My Case Number."

The Copyright Office strongly encourages you to provide the title of each photo in the application itself. To do so, copy the contents of this column (including the column header) and paste into the "Photograph Titles" field on the Titles screen. (For more info, click the tab below labeled "Where to Insert Titles.")

All the photos must be first published in the same calendar year. Please enter the month and four-digit year for each photograph in this column. **DO NOT** enter a two-digit year (such as "3/19" or "Mar 19").

If information is missing, this column will identify the spaces that need to be completed.

| Photograph Number | Photograph Title [Required] | Filename of Photograph [Required] | Published Title | Year of Publication [Required] | Missing Information (if any) |
|---|---|---|---|---|---|
| 2 | Mixed Pizza Socks Perspective | MixedPizzaSocksPerspective.JPG | Mixed Pizza Socks Perspective | 9/2017 | |
| | Mixed Pizza Socks Box | MixedPizzaSocksBox.JPG | Mixed Pizza Socks Box | 9/2017 | |
| 4 | Mixed Pizza Socks Date Night | MixedPizzaSocksDateNight.JPG | Mixed Pizza Socks Date Night | 9/2017 | |
| | Mixed Pizza Socks On Pizza | MixedPizzaSocksOnPizza.JPG | Mixed Pizza Socks On Pizza | 9/2017 | |
| 6 | Mixed Pizza Socks With Jeans | MixedPizzaSocksWithJeans.JPG | Mixed Pizza Socks With Jeans | 9/2017 | |
| | Mixed Pizza Socks On Bed | MixedPizzaSocksOnBed.JPG | Mixed Pizza Socks On Bed | 9/2017 | |
| | Pizza Socks Pepperoni Slice | PizzaSocksPepperoniSlice.JPG | Pizza Socks Pepperoni Slice | 9/2017 | |
| 8 | Sushi Socks Salmon Cucumber Perspective | SushiSocksSalmonCucumberPerspective.JPG | Sushi Socks Salmon Cucumber Perspective | 9/2017 | |
| 10 | Sushi Socks Salmon Cucumber Top | SushiSocksSalmonCucumberTop.JPG | Sushi Socks Salmon Cucumber Top | 9/2017 | |
| | Sushi Socks Salmon With Dress Shoes | SushiSocksSalmonWithDressShoes.JPG | Sushi Socks Salmon With Dress Shoes | 9/2017 | |
| 12 | Sushi Socks Salmon With Sport Socks | SushiSocksSalmonWithSportSocks.JPG | Sushi Socks Salmon With Sport Socks | 9/2017 | |
| | Sushi Socks Cucumber With Sushi | SushiSocksCucumberWithSushi.JPG | Sushi Socks Cucumber With Sushi | 9/2017 | |
| | Sushi Socks Salmon With Leaves | SushiSocksSalmonWithLeaves.JPG | Sushi Socks Salmon With Leaves | 9/2017 | |
| 14 | Sushi Socks Tamago Cucumber Salmon Perspective | SushiSocksTamagoCucumberSalmonPerspective.JPG | Sushi Socks Tamago Cucumber Salmon Perspective | 9/2017 | |
| | Sushi Socks Tamago Cucumber Salmon Top | SushiSocksTamagoCucumberSalmonTop.JPG | Sushi Socks Tamago Cucumber Salmon Top | 9/2017 | |
| 16 | Sushi Socks Tamago With Camera | SushiSocksTamagoWithCamera.JPG | Sushi Socks Tamago With Camera | 9/2017 | |
| | Burger Socks Perspective | BurgerSocksPerspective.JPG | Burger Socks Perspective | 9/2017 | |
| 18 | Burger Socks Front | BurgerSocksFront.JPG | Burger Socks Front | 9/2017 | |
| | Burger Socks Unboxed | BurgerSocksUnboxed.JPG | Burger Socks Unboxed | 9/2017 | |
| 20 | Burger Socks Burger | BurgerSocksBurger.JPG | Burger Socks Burger | 9/2017 | |
| 22 | | | | | |
| 24 | | | | | |
| 26 | | | | | |
| 28 | | | | | |
| 30 | | | | | |
| 32 | | | | | |
| 34 | | | | | |









































