Civil Action No. **1:22-cv-1055**

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for IWUC Sp. z.o.o, was received by me on March 15, 2022.

Documents: **Summons in a civil case**

Service Address: **Ul. Klobucka 8B 28**
**Warsaw, Poland 02-699,**

☐ I personally served the above documents on the individual at (address) on (date/time)

☐ I left the summons at the individual's residence or usual place of abode with Robert Michal Kieniewicz - authorized to accept documents on behalf of the company, a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☑ I served the summons to **Robert Michal Kieniewicz - authorized to accept documents on behalf of the company**, who is designated by law to accept service of process on behalf of **IWUC Sp. z.o.o,** on **March 21, 2022  11:15 AM**

☐ I returned the summons unexecuted because ; or

☐ other *(specify):*

*My fees are $ .00 for travel and $ 925.00 for services, for a total of $ 925.00*

*I declare under penalty of perjury under the laws of the The State of California that this information is true.*

Date: **March 21, 2022**

*Pawel Kalan*
*Server's signature*

*Additional information regarding attempted service, etc:*

**Pawel Kalan**
*Printed name and title*
*REG # , County of*

**555 ANTON BLVD STE 150, COSTA MESA, CA 92626**
*Server's Address*

17417



AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Fairly Odd Treasures,
a North Carolina limited liability company

CASE NUMBER: 1:22-cv-1055

V.

ASSIGNED JUDGE: Ronald A. Guzman

IWUC Sp. z.o.o,
a Polish limited liability company

DESIGNATED
MAGISTRATE JUDGE: Jeffrey T. Gilbert

TO: (Name and address of Defendant)

IWUC Sp. z.o.o
Ul. Klobucka 8B 28
Warsaw, Poland 02-699

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John Di Giacomo
Revision Legal, PLLC
444 Cass St., Suite D
Traverse City, MI 49684

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*[signature]*

(By) DEPUTY CLERK

March 1, 2022

DATE

*Otrzymatem 21.03.2022*
*Robert Kieniewicz*